IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| APRIL ELLIS, | CV-26-09-GF-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| OFFICER FRANK TORRES, SERGEANT THOMAS LYNCH, NEIL ANTHON, STEVEN BOLSTAD, ASHLEY WILKINSON, CITY OF GREAT FALLS, COUNTY OF CASCADE AND JANE DOES 1-5, individually and in their official capacities, | |
| Defendants. | |

On March 12, 2026, Plaintiff April Ellis (Ellis) filed a Request for Entry of Default against Defendant County of Cascade (County) pursuant to Fed. R. Civ. P. 55(a). (Doc. 12).  Ellis contends the County has failed to plead or otherwise defend within the time prescribed by the Federal Rules of Civil Procedure. (Id., p. 1). However, the County filed a timely responsive pleading to Ellis' Complaint on March 16, 2026 by filing its "Rule 12(b)(6) Motion To Dismiss." (Doc. 8). Therefore, Ellis' Motion for Default is without merit.

Ellis has further filed a Motion for Protective Order requesting the Court order "all future communications between the parties be conducted exclusively through

the Court's CM/ECF system or by email, with no unsolicited telephone contact from any defense counsel to Plaintiff." (Doc. 15, p. 4).  The  Court's CM/ECF is for court filings only and not for correspondence between parties.

Accordingly, IT IS ORDERED that Ellis' Motion  for Entry of Default against the County (Doc. 12) is DENIED.

IT IS FURTHER ORDERED THAT Ellis Motion for Protective Order, (Doc. 15) is DENIED.

DATED this 30th day of March 2026.

John Johnston
United States Magistrate Judge