IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| APRIL ELLIS,<br><br>Plaintiff,<br><br>vs.<br><br>FRANK TORRES, et al.,<br><br>Defendants. | CV 26–9–GF–DWM<br><br><br>ORDER |

On January 30, 2026, Plaintiff April Ellis sued several individuals and entities, alleging her civil rights were violated during a traffic stop by Great Falls Police Officer Frank Torres. (Doc. 1.) On March 16, 2026, the defendants filed a motion to dismiss her complaint for failure to state a claim under Federal Rule of Civil Procedure 12(b)(6). (Doc. 8.) In response, Ellis filed an Amended Complaint. (Doc. 22.) Because "an amended pleading supersedes the original pleading," *Koala v. Khosla*, 931 F.3d 887, 895 (9th Cir. 2019),

IT IS ORDERED that the defendants' motion to dismiss (Doc. 8) is DENIED as MOOT. The defendants named in the Amended Complaint must answer or otherwise respond to that pleading by the deadline provided for in Rule 12(a).

IT IS FURTHER ORDERED that Ellis' requests for accommodation (Docs.

1

24, 25) are GRANTED in PART and DENIED in PART.  The Court will attempt to set all hearings in person at the Missouri River Federal Courthouse in Great Falls if possible.  However, Ellis is not permitted to file via email.  Consistent with the rules governing pro se filings in this Court, Ellis may either conventionally file her documents or sign up for the Court's e-filing system, CM/ECF.  The docket in the case shows that Ellis has registered to e-file, (*see* Doc. 18), and has successfully e-filed several documents since doing so.

DATED this __14th__ day of April, 2026.

Donald W. Molloy, District Judge
United States District Court

2